```
------------------------------------------------------------------------------X
UNITED STATES DISTRICT COURT                                                  :
SOUTHERN DISTRICT OF NEW YORK                                                 :
------------------------------------------------------------------------------X
                                                                              :04 MD 1598 (JSR)
IN RE:  EPHEDRA PRODUCTS LIABILITY LITIGATION                                 :
                                                                              :
------------------------------------------------------------------------------X
```

PERTAINS TO *Sonja Lambert, et al. v. Rexall Sundown, Inc., et al.*, 07 CV  03789 (JSR)

## UNOPPOSED MOTION OF PLAINTIFFS TO DISMISS CLAIM OF DAVID LAMBERT WITH PREJUDICE

COMES NOW Plaintiffs Sonja Lambert and David Lambert and files this Motion to Dismiss Plaintiff David Lambert with Prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), Virginia Code Annotated § 55-36, and the holding in *Pringle v. Sloan*, 4 Cir. L952272, 44 Va. Cir. 516, 517 (1996).  In support of this motion, a memorandum of law is attached.  In further support, the Affirmation of David Rosenblum, Plaintiffs' Counsel, is attached to the memorandum as Exhibit A.

By signing below, Defendants RS OLDCO, Inc. (f/k/a Rexall Sundown, Inc.); RL OLDCO, Inc. (f/k/a Richardson Labs, Inc.); and Nutrition USA, Inc. (f/k/a Numico Assumption Company) consent to the relief requested in Plaintiffs' motion.  For the court's convenience, an Order of Dismissal with Prejudice, dismissing Plaintiff David Lambert as a party to this action is attached to the memorandum of law as Exhibit B.

Respectfully submitted,

    /s/ David Rosenblum
David Rosenblum
Rosenblum & Rosenblum, L.L.C.
Post Office Box 19110
228 S. Washington Street, Suite 300
Lloyd's Row
Alexandria, Virginia  22320
Telephone:  (703) 548-9002
Facsimile:  (703) 548-8774
E-mail:  david@rosenblumllc.com
**Attorney for Plaintiffs Sonja Lambert and David Lambert**


    /s/ Michael J. Suffern
Michael J. Suffern
Tiffany Reece Clark
Thomas G. McIntosh
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 698-5000
Facsimile: (513) 698-5001
msuffern@ulmer.com
tclark@ulmer.com
tmcintosh@ulmer.com
**Attorneys for Defendants RS OLDCO, Inc. (f/k/a Rexall Sundown, Inc.), RL OLDCO, Inc. (f/k/a Richardson Labs, Inc.), and Nutrition USA, Inc. (f/k/a Numico Assumption Co.)**