Exhibit 4

ROSENBLUM AND ROSENBLUM, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW
LLOYD'S ROW
228 SOUTH WASHINGTON STREET, SUITE 300
ALEXANDRIA, VIRGINIA 22314
PHONE: (703) 548-9002
FACSIMILE: (703) 548-8774

DAVID ROSENBLUM
david@rosenblumllc.com

ALAN ROSENBLUM
alan@rosenblumllc.com

MAILING ADDRESS:
POST OFFICE BOX ~~19110~~ 320039
ALEXANDRIA, VIRGINIA 22320

April 2, 2008

FED EX
**DAVID LAMBERT**
**4534 Lee Jackson Hwy**
**Greenville, VA 24440-1801**

NY COURT Affirmation and Dismissal

Dear David:

I am <u>resending</u> this to you to sign and return. As we discussed, I am enclosing an Affirmation, <u>which you need to read, sign and return to me in the FED EX envelope provided.</u>

It explains why you do not have a recognized enforceable right to pursue a claim against Rexall. We only included you because we first tried to file in Florida, which perhaps might have recognized a husband's claim. That case was dismissed with direction to refile in Virginia, which definitely does not recognize a husband's claim. The Judge in New York is after me to get you off of the pleadings, but we need to include your acknowledgment that you should be removed because you have no enforceable claim in this case. So your prompt attention is needed.

I also sent this to William Helsley, as you indicated you wanted to talk to him. Please feel free to do so.
His contact information is :

William Helsley, Esq.
235 Newman Ave.
Harrisonburg, VA 22801
540- 434- 3163; Fax 540 437 1240
<u>Whelsley@ntelos.net</u>

Call me if you have any questions. But please don't ignore this 3rd request.

Very truly yours,

David Rosenblum

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION : 04 MD 1598 (JSR)

PERTAINS TO: *Sonja Lambert, et. al. v Rexall Sundown, Inc., et .al.* 06CV 05067

## AFFIRMATION OF DAVID LAMBERT
## CONSENT TO DISMISSAL OF HIS CLAIM

COMES NOW the Plaintiff **DAVID LAMBERT,** who declares and affirms as follows:

1. I am David Lambert, who is a named Plaintiff in the case of *Sonja Lambert et. al. v Rexall Sundown, Inc., et. al., 06CV 05067*, now pending in the United States District Court for the Southern District of New York *(In RE Ephedra Liability Litigation 04 MD 1598)*.

2. I have at all times pertinent to this suit, been a resident of Virginia, and now reside at 2784 Fairview Road, Mt. Crawford, VA 22841.

3. I am now divorced from the Plaintiff Sonja Lambert by Decree of Divorce entered June 15, 2007, in the Prince William Circuit Court.

4. I understand that this suit, when originally filed in Florida, (Palm Beach County CA 02-10321AF), included my claim for loss of consortium. That case was dismissed pursuant to Florida Rule 1.061(a) and the doctrine of Forum Nonconviens by order dated December 9, 2005 for refiling in Virginia.

5. The case was refiled in Virginia (Prince William Circuit Court CL-68976) on April 6, 2006 and removed to U.S District Court for The Eastern District of Virginia and thereafter transferred to the MDL proceedings of this Court.

1

6. I understand that under the applicable Virginia law, an action for loss of consortium is derivative of the spouse's action for personal injuries, and both are governed by the law of the place where the personal injuries were suffered. *Pringle v. Sloan*, 4 Cir. L952272, 44 Va. Cir. 516, 517 (1996). As Sonja Lambert's injuries were suffered in Virginia, the conflicts law of Virginia would therefore look to Virginia tort law to determine my claim for loss of consortium. In Virginia, a husband's common-law right of action for loss of consortium has been abrogated by statute. Va. Code Ann. § 55-36; *Pringle*, 44 Va. Cir. at 516-17.

7. The pertinent Virginia statute reads as follows:

   **§ 55-36. Contracts of, and suits by and against, married women. —\* \* \*  In an action by a married woman to recover for a personal injury inflicted on her she may recover the entire damage sustained including the personal injury and expenses arising out of the injury, whether chargeable to her or her husband, notwithstanding the husband may be entitled to the benefit of her services about domestic affairs and consortium, \* \* \* ; and no action for such injury, expenses or loss of services or consortium shall be maintained by the husband.** (Code 1919, § 5134; 1932, p. 21; 1950, p. 460.)

8. Moreover, because of our divorce, there could no longer be any right to assert such a claim.

9. I understand and agree that I should be removed from this case; that I have no enforceable claim or rights to any proceeds resulting from a verdict or settlement of Sonja Lambert's claim. I agree to an Order Dismissing me as a named Plaintiff.

I HAVE READ THIS AFFIRMATION AND DISCUSSED ITS CONTENTS WITH COUNSEL. I AM SIGNING THIS VOLUNTARILY AND ON MY OWN FREE WILL.     I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE COMMONWEALTH OF VIRGINIA and THE UNITED STATES OF AMERICA, THAT THE FOREGOING AFFIRMATION IS TRUE AND CORRECT.
    Executed this _____ day of _____, 2008.

                                             _____
                                             **David Lambert**

From: Origin ID: LVLA (703)548-9002
David Rosenblum
ROSENBLUM and ROSENBLUM, LLC
228 SOUTH WASHINGTON STREET
SUITE 300
ALEXANDRIA, VA 22314



Ship Date: 02APR08
ActWgt: 1 LB
System#: 5550424/INET8010
Account#: S *********

Delivery Address Bar Code

SHIP TO: 5405782727     BILL SENDER

**David Lambert**

**4534 Lee Jackson Hwy**

**Greenville, VA 244401801**

Ref #   lambert
Invoice #
PO #
Dept #



TRK# 0201   7984 1118 1687

FRI - 04APR     PM
** 2DAY **
RES

**19 SHDA**

24440
VA-US
IAD



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

Return label

Label 2 of 2

From: Origin ID: SHDA (540)578-2727
David Lambert

4534 Lee Jackson Hwy

Greenville, VA 244401801



Ship Date: 02APR08
ActWgt: 1 LB
System#: 5550424/INET8010
Account#: S *********

Delivery Address Bar Code

SHIP TO: 7035489002    BILL SENDER
David Rosenblum
ROSENBLUM and ROSENBLUM, LLC
228 SOUTH WASHINGTON STREET
SUITE 300
ALEXANDRIA, VA 22314

Ref #

RMA #: lambert
Return Reason:

TRK# 0221  7918 7785 0210    FedEx RETURNS    A1
FIRST OVERNIGHT



19 LVLA

22314
VA-US
IAD

1. Select the 'Print' button to print 1 copy of each label.
2. The Return Shipment instructions, which provide your recipient with information on the returns process, will be printed with the label(s).
3. After printing, select your next step by clicking one of the displayed buttons.

Note: To review or print individual labels, select the Label button under each label image above.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

Track Shipments/FedEx Kinko's Orders
## Detailed Results

| | |
|---|---|
| **Tracking number** | 798411181687 |
| **Ship date** | Apr 2, 2008 |
| | |
| **Status** | Delivery exception |

| | | |
|---|---|---|
| **Reference** | lambert | |
| **Destination** | Greenville, VA | |
| **Service type** | FedEx 2Day Envelope | |
| **Weight** | 0.5 lbs. | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 11, 2008 | 1:06 PM | **Package returned to shipper** | HARRISONBURG, VA | Return tracking number: 798917! |
| | 11:08 AM | At local FedEx facility | HARRISONBURG, VA | |
| Apr 10, 2008 | 9:46 AM | At local FedEx facility | HARRISONBURG, VA | |
| Apr 9, 2008 | 9:54 AM | At local FedEx facility | HARRISONBURG, VA | |
| Apr 8, 2008 | 10:30 AM | At local FedEx facility | HARRISONBURG, VA | |
| Apr 7, 2008 | 11:03 AM | At local FedEx facility | HARRISONBURG, VA | |
| Apr 4, 2008 | 11:24 AM | At local FedEx facility | HARRISONBURG, VA | |
| Apr 3, 2008 | 4:25 PM | At local FedEx facility | HARRISONBURG, VA | |
| | 11:49 AM | Delivery exception | HARRISONBURG, VA | Incorrect address - Recipient mo' |
| | 9:28 AM | On FedEx vehicle for delivery | HARRISONBURG, VA | |
| | 9:10 AM | At local FedEx facility | HARRISONBURG, VA | |
| Apr 2, 2008 | 9:56 PM | At dest sort facility | DULLES, VA | |
| | 9:43 PM | Left origin | ALEXANDRIA, VA | |
| | 7:34 PM | Picked up | ALEXANDRIA, VA | |
| | 4:58 PM | Package data transmitted to FedEx | | |

E-mail results | Track more shipments/o

Subscribe to tracking updates (optional)

Your name: _____　　Your e-mail address: _____

| E-mail address | Language | Exception updates | |
|---|---|---|---|
| | English | ☐ | |
| | English | ☐ | |
| | English | ☐ | |
| | English | ☐ | |

**Select format:** ● HTML ○ Text ○ Wireless
**Add personal message:**
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions