Exhibit B

```
-----------------------------------------------------------------------X
UNITED STATES DISTRICT COURT                                           :
SOUTHERN DISTRICT OF NEW YORK                                          :
-----------------------------------------------------------------------X
                                                                       :04 MD 1598 (JSR)
IN RE:  EPHEDRA PRODUCTS LIABILITY LITIGATION                          :
                                                                       :
-----------------------------------------------------------------------X
```

PERTAINS TO *Sonja Lambert, et al. v. Rexall Sundown, Inc., et al.*, 07 CV 03789 (JSR)

### UNOPPOSED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF DAVID LAMBERT

This Matter Comes upon the Motion of the Plaintiffs, for entry of an Order to dismiss with prejudice the consortium and other claims, contained above-captioned lawsuit as to Plaintiff David Lambert, pursuant to the unopposed Motion of to Consent to Dismissal of His Claim and accompanying memorandum of law, Affirmation of Counsel for David Lambert and pursuant to Rule 41(a)(2).

IT IS THEREFORE STIPULATED that any and all claims asserted and/or assertable by Plaintiff David Lambert against Defendants RS OLDCO, Inc. (f/k/a Rexall Sundown, Inc.); RL OLDCO, Inc. (f/k/a Richardson Labs, Inc.); and Nutrition USA, Inc. (f/k/a Numico Assumption Company) in the above-captioned lawsuit shall be DISMISSED WITH PREJUDICE. The claims of Plaintiff Sonja Lambert are unaffected by this Order of Dismissal with Prejudice.

IT IS FURTHER STIPULATED that this shall operate as an adjudication on the merits in favor of Defendants RS OLDCO, Inc. (f/k/a Rexall Sundown, Inc.); RL OLDCO, Inc. (f/k/a Richardson Labs, Inc.); and Nutrition USA, Inc. (f/k/a Numico Assumption Company) as to any and all claims asserted and/or assertable against each of them herein by Plaintiff David Lambert;

IT IS FURTHER STIPULATED that each party shall bear its own costs and fees.

**SO ORDERED.**

Signed this _____ day of _____, 2008.

UNITED STATES DISTRICT COURT
Honorable Jed S. Rakoff

**AGREED TO:**

| | |
|---|---|
| Michael J. Suffern<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio 45202<br>Telephone: (513) 698-5064<br>Facsimile: (513) 698-5065<br>Email: msuffern@ulmer.com<br>**Attorney for Defendants RS OLDCO, Inc. (f/k/a Rexall Sundown, Inc.); RL OLDCO, Inc. (f/k/a Richardson Labs, Inc.); and Nutrition USA, Inc. (f/k/a Numico Assumption Company)** | David Rosenblum<br>ROSENBLUM & ROSENBLUM, L.L.C.<br>P.O. Box 19110<br>228 S. Washington Street, Suite 300, Lloyd's Row<br>Alexandria, Virginia 22320<br>Telephone: (703) 548-9002<br>Facsimile: (703) 548-8774<br>Email: david@rosenblumllc.com<br>**Attorney for Plaintiffs Sonja Lambert and David Lambert** |

492007v1
27049.00009

2