```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re: EPHEDRA PRODUCTS LIABILITY         :    04 M.D. 1598 (JSR)
LITIGATION                                :
                                          :    ORDER OF PAYMENT
                                          :
------------------------------------------X
PERTAINS TO ALL CASES
```

JED S. RAKOFF, U.S.D.J.

In Case Management Order No. 48 ¶ 3, the Court approved payment of $30,000 to Prof. Howard W. Erichson for consultation fees to be disbursed from the Ephedra Plaintiffs' Common Expense Fund held by the Clerk pursuant to Case Management Order No. 7 ¶ 2(a).

NOW, THEREFORE, the Clerk is hereby directed to issue a check for thirty thousand dollars ($30,000.00) to the order of Howard W. Erichson and hand it over to a person sent for it by the law firm Brown, Rudnick, Berlack & Israels, LLP ("the Firm") in exchange for a receipt on the Firm's letterhead identifying the check by amount and payee and signed and dated by the person receiving the check. The Clerk shall preserve the receipt and the files of the Fund.

SO ORDERED.

*[signature]*
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08